1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS SANTANA,                          )        No. C 07-3411 JF (PR)
                                       )
            Petitioner,                )        JUDGMENT
                                       )
    vs.                                )
                                       )
JAMES A. YATES, Warden                 )
                                       )
            Respondent.                )
_____)

    The Court has dismissed the instant habeas action without prejudice for

Petitioner's failure to pay the filing fee or file a completed in forma pauperis application.

A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.


    IT IS SO ORDERED.

DATED: 8/28/07
                                       _____
                                       JEREMY FOGEL
                                       United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Luis Alberto Santana
   T-85157
   Pleasant Valley State Prison
4  P.O. Box 8501
   Coalinga, CA  93201

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28